**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 96-31218**
_____

**EUREKA HOMESTEAD SOCIETY**

**Plaintiff-Appellant,**

**versus**

**HOWARD, WEIL, LABOUISSE, FREDERICHS, INC.;**
**BARTON N. McLAUGHLIN**

**Defendants-Appellees.**

_____

**Appeal from the United States District Court**
**for the Eastern District of Louisiana**
**New Orleans**
**(94-CV-452-D)**
_____

**November 14, 1997**
**Before JOLLY, DAVIS, and BARKSDALE, Circuit Judges:**

**PER CURIAM:**[*]

Among other things, the evidence supports the jury's ratification findings. **AFFIRMED.** See Local Rule 47.6.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.